# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPER MAZZEI, et al., Plaintiffs, | CV 18-10634 DSF (GJSx) |
| v. | JUDGMENT |
| SPECIALIZED LOAN SERVICING LLC, Defendant. | |

The Court having granted a motion to dismiss,

IT IS ORDERED AND ADJUDGED that Plaintiffs take nothing, that the action be dismissed with prejudice, and that Defendant recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date: February 5, 2019

_____
Dale S. Fischer
United States District Judge